raise an issue on appeal, concluded that such failure was one appropriately considered in relation to a charge that such appellate counsel was incompetent. We think the same rule is applicable where trial counsel fails to interpose a timely objection, or when neither trial counsel nor appellate counsel preserve or secure a sufficient record which would enable the matter to be considered on direct review. As applied to the instant case no claim is made by petitioner that either his former trial counsel or appellate counsel were incompetent, and even if such claim were made, we do not believe it could be sustained. Consequently, we believe the petitioner waived consideration of the issues not complained of in his former appeal, and they cannot now be urged in a post-conviction proceeding.

For the foregoing reasons, the judgment of the circuit court of Rock Island County is affirmed.

Judgment affirmed.

ALLOY and DIXON, JJ., concur.

GLORIA DAUTEN, Plaintiff-Appellee, *v.* KATHLEEN BAILEY, Defendant-Appellant.

(No. 12570;

Fourth District—December 5, 1974.

*Rehearing denied January 21, 1975.*

Opinion by Mr. JUSTICE CRAVEN.

Waaler, Evans & Gordon, of Champaign (Robert J. Waaler, of counsel), for appellant.

John T. Phipps, of Champaign, for appellee.